THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CIVIL CASE NO. 1:12cv94

RICHARD LOWELL ROBINSON and )
CHRISTINE ROBINSON, Guardian )
Ad Litem for K.M.L., )
 )
   Plaintiffs, )
 )
 )
  vs. )  **O R D E R**
 )
 )
AMERICAN GENERAL LIFE AND )
ACCIDENT INSURANCE COMPANY, )
 )
   Defendant. )
 )

  **THIS MATTER** is before the Court *sua sponte*.

  Rule 5.2 of the Federal Rules of Civil Procedure provides that "[u]nless the court orders otherwise, in an electronic or paper filing with the court that contains . . . the name of an individual known to be a minor, . . . a party . . . making the filing may include only . . . the minor's initials . . . ." Fed. R. Civ. P. 5.2(a)(3). All of the pleadings filed to date in this case, including the Defendant's Notice of Removal [Doc. 2], the Plaintiffs' Complaint [Doc. 2-1], the Defendant's Answer and Counterclaim [Doc. 3], and the Defendant's

Disclosure of Corporate Affiliations [Doc. 4], identify the minor Plaintiff by her full name and are therefore in violation of this Rule.

Accordingly, **IT IS, THEREFORE, ORDERED** that the Clerk of Court shall immediately place all of the pleadings in this matter **UNDER SEAL**.

**IT IS FURTHER ORDERED** that within seven (7) days of the entry of this Order, the parties shall file corrected pleadings identifying the minor Plaintiff only by her initials as required by the Federal Rules of Civil Procedure.

**IT IS SO ORDERED**.

Signed: May 18, 2012

Martin Reidinger
United States District Judge