THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:12-cv-00094-MR-DLH

RICHARD LOWELL ROBINSON and )
CHRISTINE ROBINSON, Guardian )
Ad Litem for K.M.L., )
)
              Plaintiffs, )
)
vs. )          **O R D E R**
)
)
AMERICAN GENERAL LIFE AND )
ACCIDENT INSURANCE COMPANY, )
)
             Defendants. )
_____ )

**THIS MATTER** is before the Court on the Defendant's Motion to Seal Documents and for Maintenance of Documents under Seal [Doc. 17].

Upon consideration of the Defendant's motion, the Court will allow the Defendant to file under seal any supporting evidentiary material which contains personal medical information or personal financial information of the insured. The Defendant's request to file its memorandum of law under seal is denied.

**IT IS, THEREFORE, ORDERED** that the Defendant's Motion to Seal [Doc. 17] is **GRANTED IN PART** and **DENIED IN PART**.

**IT IS SO ORDERED.**

Signed: February 28, 2013

Martin Reidinger
United States District Judge