THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:12-cv-00094-MR-DLH

| | |
|---|---|
| RICHARD LOWELL ROBINSON and ) <br> CHRISTINE ROBINSON, Guardian ) <br> Ad Litem for K.M.L., ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> ) <br> AMERICAN GENERAL LIFE AND ) <br> ACCIDENT INSURANCE COMPANY, ) <br> ) <br> Defendants. ) <br> _____ ) | **O R D E R** |

**THIS MATTER** is before the Court on the parties' notice to chambers that this matter has been settled. The Court will allow the parties thirty (30) days in which to file a stipulation of dismissal.

**IT IS, THEREFORE, ORDERED** that the parties shall file a stipulation of dismissal within thirty (30) days of the entry of this Order.

**IT IS SO ORDERED.**

Signed: March 1, 2013

Martin Reidinger
United States District Judge