IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:12cv94

| | |
|---|---|
| RICHARD LOWELL ROBINSON, and CHRISTINE ROBINSON, Guardian Ad Litem for K.M.L., <br><br> Plaintiff, <br><br> v. <br><br> AMERICAN GENERAL LIFE AND ACCIDENT INSURANCE COMPANY, <br><br> Defendant. | **ORDER** |

Pending before the Court is the Motion to Appear by Telephone [# 29]. Defendant moves to appear by telephone at the upcoming hearing on the Motion for Approval of Settlement. The Court **DENIES** the motion [# 29]. Counsel for Defendant will need to personally appear at the hearing.

Signed: April 4, 2013

Dennis L. Howell
United States Magistrate Judge

-1-