# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION
#### 1:12cv94

| | | |
|---|---|---|
| RICHARD LOWELL ROBINSON, | ) | |
| and CHRISTINE ROBINSON, | ) | |
| Guardian Ad Litem for K.M.L., | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| AMERICAN GENERAL LIFE AND | ) | |
| ACCIDENT INSURANCE COMPANY, | ) | |
| | ) | |
|     Defendant. | ) | |
| _____ | ) | |

Pending before the Court is the Motion to Appear by Telephone [# 29].

Defendant moves to appear by telephone at the upcoming hearing on the Motion for Approval of Settlement. The Court **DENIES** the motion [# 29]. Counsel for Defendant will need to personally appear at the hearing.

Signed: April 4, 2013

Dennis L. Howell
United States Magistrate Judge

-1-